AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: YIFEI ZHENG | 2. PHONE NUMBER: (361) 888-3111 |
| | 3. DATE: 5/29/2020 |
| 4. MAILING ADDRESS: 800 N. SHORELINE BLVD., SUITE 500 | 5. CITY: CORPUS CHRISTI |
| | 6. STATE: TX |
| | 7. ZIP CODE: 78401 |
| 8. CASE NUMBER: 2:20MJ1164 | 9. JUDGE: Judge David S Morales |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 5/27/2020 |
| | 11. TO: 5/27/2020 |
| 12. CASE NAME: John Charlie Kofron | LOCATION OF PROCEEDINGS |
| | 13. CITY: Corpus Christi |
| | 14. STATE: Texas |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Initial Appearance 1:36pm to 1:49pm | 5/27/20 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES: 1 | 15.00 | 54.75 |
| 14-Day | [ ] | [ ] | NO. OF COPIES: | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES: | | |
| DAILY | [ ] | [ ] | NO. OF COPIES: | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES: | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 54.75

18. SIGNATURE: *[signed]*

PROCESSED BY:

19. DATE: 5/29/2020

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
Exceptional Reporting Services   PO Box 18668
Corpus Christi, Texas 78401   361-949-2988

COURT ADDRESS:
Completed transcript to be emailed to:
Yifei.Zheng@usdoj.gov
Loretta.Ybarbo@usdoj.gov

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 54.75 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 54.75 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 54.75 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY