UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:20-CR-845-1 |
| | § | |
| JOHN CHARLIE KOFRON; aka | § | |
| &QUOTJAY C&QUOT | § | |

**O R D E R**

The defendant's Motion for Continuance is **GRANTED**.

Final Pretrial Hearing is scheduled before United States Magistrate Judge Julie K. Hampton for September 2, 2020 at 9:00 a.m. Jury Selection and Trial are scheduled before United States District Judge David S. Morales for September 14, 2020 at 8:20 a.m.

ORDERED this 16th day of July, 2020.

_____
Julie K. Hampton
United States Magistrate Judge